CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 18 2019

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Case No. 1:94-CR-0022-1 |
| v. | ) | |
| | ) | |
| RICKY LEE VANCE, | ) | By: Hon. Michael F. Urbanski |
| | ) | Chief United States District Judge |
| Defendant | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, it is hereby **ORDERED** that Vance's motion for relief under 28 U.S.C. § 2255, ECF No. 104, is **GRANTED**, and his conviction under Count 1 for use of a destructive device to commit a felony in violation of 18 U.S.C. § 924(c)(3)(B) and the 30-year sentence assessed on the Count 1 conviction, are **VACATED**. Vance's motions for extension of time and for immediate release, ECF Nos. 132 and 134, are **DENIED as MOOT**. The government's motion to stay the ruling for no less than 30 days, ECF No. 135, is **DENIED as MOOT**. The government's motion to authorize alternative procedures for crime victim notification, ECF No. 137, is **GRANTED**.

It is so **ORDERED**.

Entered: 09/17/2019

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge